IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 10-188 |
| | ) | |
| JONATHAN HUSTON, | ) | Under Seal |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this _4th_ day of _April_, 2011, upon consideration of the Supplemental Motion for Contact Visits filed by Defendant, Jonathan Huston, IT IS HEREBY ORDERED that the Court grants its permission for Defendant, Jonathan Huston, to have contact visits with his mother, Freddie Bell Swift, in accordance with the established policy of the Allegheny County Jail.

_____
GUSTAVE DIAMOND
UNITED STATES DISTRICT JUDGE